**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00999-CV

**LOUIS MARTIN, JR., Appellant**

**V.**

**U.S. MERCHANTS FINANCIAL GROUP, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15757**

## ORDER

We **GRANT** appellant's March 12, 2014 unopposed motion to extend appellate deadlines

and **ORDER** the reply brief be filed no later than March 24, 2014.


/s/  ELIZABETH LANG-MIERS
    JUSTICE